WILLIAM E. BLOODGOOD et al., as Executors and Trustees under the Will of Thomas Lewis, Deceased, Respondents, *v.* FANNIE D. LEWIS, Individually and as Administratrix of the Estate of THOMAS LEWIS, Deceased, et al., Respondents, and KINGS COUNTY TRUST COMPANY, as Executor of and Trustee under the Will of MARY E. LEWIS, Deceased, Appellant.

Reported below on former appeal, 146 App. Div. 86.
(Argued November 18, 1912; decided November 26, 1912.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 27, 1911, affirming a final judgment entered after affirmance by said Appellate Division of an interlocutory judgment of Special Term construing the will of Thomas Lewis, deceased.

The motion was made upon the ground that the appellant was not a party aggrieved and had no authority to take the appeal.

*Otto Horowitz* for motion.

*George V. Brower* and *William P. Maloney* opposed.

Motion denied, with ten dollars costs.